■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. RANCKA, Appellant. (Appeal No. 1.) [600 NYS2d 650] —

Judgment unanimously affirmed. Memorandum: There is no merit to defendant's contention that the trial court erred in denying his motion for new counsel without making further inquiry regarding the reasons for the request *(see, People v Sides,* 75 NY2d 822, 824; *People v Sawyer,* 57 NY2d 12, 18-19, *rearg dismissed* 57 NY2d 776, *cert denied* 459 US 1178; *People v Slaughter,* 162 AD2d 640, 641, *lv granted* 76 NY2d 944, *revd on other grounds* 78 NY2d 485).

Furthermore, the record reflects that defendant knowingly, intelligently and voluntarily entered his pleas of guilty *(see, People v Nixon,* 21 NY2d 338, 353, *cert denied sub nom. Robinson v New York,* 393 US 1067; *People v Latimer,* 176 AD2d 350). His belated protestations of innocence and claims of coercion do not entitle him to withdraw his pleas *(see, People v Latimer, supra; People v Tuttle,* 141 AD2d 584; *People v Melendez,* 135 AD2d 660, *lv denied* 70 NY2d 1008). Therefore, we conclude that the court did not abuse its discretion in denying defendant's oral motion, made at the time of sentencing, to withdraw his guilty pleas *(see, People v Cannon,* 150 AD2d 383). (Appeal from Judgment of Chautauqua County Court, Adams, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Balio, Lawton, Fallon and Davis, JJ.